IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT J. BARNAS,

      Appellant,

v.

SHARON L. YEAGO,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1778

_____/

Opinion filed February 5, 2016.

An appeal from the Florida Elections Commission.
Tim Holladay, Chairman.

Joseph W. Little, Gainesville, for Appellant.

Paul R. Regensdorf, High Springs, for Appellee.


PER CURIAM.

     AFFIRMED.  See Brown v. State, Comm'n on Ethics, 969 So. 2d 553 (Fla.

1st DCA 2007).

ROWE, RAY, and SWANSON, JJ., CONCUR.